IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06 - CV - 02057**

**(The above civil action number must appear on all future papers** OCT 1 7 2006
**sent to the court in this action. Failure to include this number** GREGORY C. LANGHAM
**may result in a delay in the consideration of your claims.)**
CLERK

FRED P. MEASTAS,

     Plaintiff,

v.

STATE OF COLORADO,

     Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Civil Rights Complaint. He has failed either to pay the

$350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information

Dockets.Justia.com

(5)    __    is missing an original signature by the prisoner
(6)    __    is not on proper form (must use the court's current form)
(7)    __    names in caption do not match names in caption of complaint, petition or habeas application
(8)    __    An original and a copy have not been received by the court. Only an original has been received.
(9)    _X_    other: <u>motion is necessary only if filing fee is not paid in advance</u>.

**Complaint, Petition or Application:**
(10)    __    is not submitted
(11)    _X_    is not on proper form (must use the court's current form)
(12)    __    is missing an original signature by the prisoner
(13)    __    is missing page nos. ___
(14)    __    uses et al. instead of listing all parties in caption
(15)    __    An original and a copy have not been received by the court. Only an original has been received.
(16)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)    __    names in caption do not match names in text
(18)    __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __13th__ day of __October_____, 2006.

BY THE COURT:

_Boyd N. Boland_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

## 06-CV-02057

Fred P. Meastas
Prisoner No. 06-11282
Adams County Det. Facilities
P.O. Box 5001
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on _10-17-06_

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk