IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02057-ZLW

FRED P. MEASTAS,
  Plaintiff,

v.

STATE OF COLO.,
A.C.D.C. (Adams County Jail), and
NORTHGLENN MUNICIPAL COURT,
  Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 6 2007

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

   This matter is before the Court on the amended civil rights complaint and the motions for leave to proceed *in forma pauperis* and for leave to file without payment that Plaintiff Fred P. Meastas submitted to and filed with the Court on January 17, 2007, and on February 15, 2007, respectively. The complaint and the instant action were dismissed on December 4, 2006. Therefore, this action is closed. If Mr. Meastas wishes to pursue his claims, he may do so by initiating a new and separate lawsuit on the proper, Court-approved forms for initiating a civil rights action available from the clerk of the Court. The Court will not address the amended complaint and the motions for leave to proceed *in forma pauperis* and for leave to file without payment, and, therefore, they are denied without prejudice.

   In addition, Mr. Meastas submitted on February 15, 2007, an *ex parte* letter to Magistrate Judge Boyd N. Boland. In the January 18, 2007, minute order entered in this case, Mr. Meastas was informed that pursuant to D.C.COLO.LCivR 77.2 no party to an action shall send letters, pleadings, or other papers directly to a judicial officer. The January 18 minute order directed the clerk of the Court to strike any further *ex parte* correspondence with judicial officers that Mr. Meastas submits in this action. Therefore, the clerk of the Court is directed to strike the February 15, 2007, letter to Magistrate Judge Boland.

Dated: February 16, 2007

Copies of this Minute Order mailed on February 16, 2007, to the following:

Fred P. Mestas
301 Malley Dr., Apt 337
Northglenn, CO 80233

_____
Secretary/Deputy Clerk